IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02615-BNB

PRESTON COUSETT,

    Applicant,

v.

THE PEOPLE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Mr. Cousett has filed a Letter (ECF No. 6) with the Court seeking leave to file an Amended § 2254 Application. The request is GRANTED. Applicant shall file his Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, on the court-approved form, and shall pay the $5.00 filing fee, or file a § 1915 Motion and Affidavit, as instructed in the September 23, 2014 Order, **within thirty (30) days of this Minute Order**. Failure to comply with this Minute Order and with the September 23 Order may result in dismissal of this action without further notice.

Dated:  November 6, 2014