**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02615-RM

PRESTON COUSETT,

    Applicant,

v.

PAM PLOUGHE, Warden, Skyline Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## **AMENDED ORDER FOR STATE COURT RECORD**

---

Respondents have filed a Notice Regarding Order for State Court Record (ECF No. 24), which has been docketed as a motion for clarification. (ECF No. 24). The motion is GRANTED. After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254 (ECF No. 8), it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Preston Michael Cousett*, **El Paso County District Court Case No. 06CR0331**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
 El Paso County District Court
 P.O. Box 2980
 Colorado Springs, Colorado 80901-2980; and
(2) Court Services Manager
 State Court Administrator's Office
 1300 Broadway
 Denver, Colorado  80203.

DATED January 20, 2015, at Denver, Colorado.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge