# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-02615-RM

PRESTON COUSETT,

    Applicant,

v.

PAM PLOUGHE, Warden, Skyline Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## **SECOND AMENDED** ORDER FOR STATE COURT RECORD

---

Respondents have filed a Second Motion for Corrected Order for State Court Record (ECF No. 30), because they inadvertently identified the wrong state court case number in their original motion for clarification. The motion is GRANTED. After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254 (ECF No. 8), it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Preston Michael Cousett*, **El Paso County District Court Case No. 06CR0313**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
El Paso County District Court
P.O. Box 2980
Colorado Springs, Colorado 80901-2980; and

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway
Denver, Colorado  80203.

DATED January 21, 2015, at Denver, Colorado.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge